UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY B. MYERS,

    Plaintiff,

v.                                          Case No.:   2:23-cv-539-SPC-NPM

CITY OF NAPLES, FLORIDA,

    Defendant.
_____/

**ORDER**

    Before the Court is pro se Plaintiff Gregory B. Myers' Complaint. (Doc. 1). Plaintiff (who is not in custody) has yet to pay the filing fee or move to proceed in forma pauperis. The Court thus dismisses this action without prejudice. *See* 28 U.S.C. §1914(c) ("Each district court by rule or standing order may require advance payment of fees"); Local Rule 1.05(c) ("The clerk must accept an initial paper from *a person in custody* even if no filing fee or motion for leave to proceed in forma pauperis accompanies the paper." (emphasis added)). If Plaintiff wants to proceed with his claims, he may file another complaint under a separate case number that is accompanied by the required filing fee or motion to proceed in forma pauperis.

    Accordingly, it is now

    **ORDERED:**

2

The Complaint (Doc. 1) is **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 24, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2