UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY B. MYERS,

    Plaintiff,

v.                                          Case No.:  2:23-cv-539-SPC-NPM

CITY OF NAPLES, FLORIDA,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is pro se Plaintiff Gregory B. Myers Motion to Vacate Dismissal Order. (Doc. 5). Last month, the Court dismissed without prejudice the Complaint for no filing fee or motion to proceed in forma pauperis. (Doc. 3). It also told Plaintiff that if he wanted to move forward with his claims, "he may file another complaint under a separate case number that is accompanied by the required filing fee or motion to proceed in forma pauperis." (Doc. 3 at 1). After the dismissal, Plaintiff paid the filing fee. But the Court refunded him the money because it had dismissed the case. (Doc. 4).

Plaintiff now says the Court had to issue a show cause order before dismissing the case per the Local Rules. Not so. Such a show cause order is required for dismissing a case for failure to prosecute – not for paying the filing fee. What's more, Plaintiff was not harmed by the dismissal because the Court

did so without prejudice for a non-merits reason. So any fear that a later court may dismiss with prejudice any subsequent case because of the ruling here is unfounded. Again, Plaintiff remains free to file another complaint under a separate case number accompanied by the filing fee or motion to proceed in forma pauperis.

Accordingly, it is

**ORDERED:**

Plaintiff Gregory B. Myers Motion to Vacate Dismissal Order (Doc. 5) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on August 24, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record